# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION 11-0609-WS-B ) |
| SOUTHERN SURETY ASSOCIATES, INC., | ) ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED, ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiffs and against defendant, Southern Surety Associates, Inc., in the total amount of **$188,204.97**.

DONE and ORDERED this 8th day of June, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE